UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 4:05-cv-0119-JDT-WGH |
| | ) |
| FRANCIS L. RAMEY, JR., | ) |
| | ) |
| Defendants. | ) |

## ORDER FOR PUBLICATION OF NOTICE

On motion of Plaintiff directing the above-named Defendant, Francis L. Ramey, Jr., to appear, plead or otherwise answer in accordance with the applicable provisions of the Federal Rules of Civil Procedure and of the Judicial Code, and it appearing to the Court that this is an action to enforce a lien upon real property located in the County of Dearborn, Indiana, within this District, more particularly described as follows:

> Situated in the Town of Moores Hill:
>
> Lot #1 as designated on the plat of Robbins Subdivision,
> Plat Cabinet 2, Slide 387, Dearborn County Recorder.
>
> Commonly known as:   12285 Chesterville Road
>                      Moores Hill, IN 47032

That said Defendant, Francis L. Ramey, Jr., cannot be located within the state, the present whereabouts of said Defendant is unknown, personal service in or out of the state is not practicable and he has not voluntarily appeared in this action; it is

ORDERED that the above-named Defendant, Francis L. Ramey, Jr., is hereby directed to appear, plead, answer or otherwise move with respect to the complaint herein, on or before \_\_\_\_January 26, 2006\_\_\_\_, or in default thereof, the Court will proceed to the hearing and

adjudication of this suit; and it is further

ORDERED that this be published in **Dearborn County Register**, once a week for six (6) consecutive weeks, beginning no later than   December 15, 2005   .

DATED:  11/30/2005

John Daniel Tinder, Judge
United States District Court

Copies to:

Debra G. Richards, Assistant United States Attorney
Office of the U.S. Attorney
Southern District of Indiana
10 West Market, Suite 2100
Indianapolis, Indiana  46204